AO 91 (Rev. 08/09) Criminal Complaint                    AUSA Janice LeClainche

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED by _____ D.C.

MAR - 2 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

|  |  |
|---|---|
| United States of America<br>v.<br>CLAYTON K. GORDON<br>a/k/a "Kirk Clayton" | )<br>)<br>)<br>)<br>)<br>) |

Case No.   11-8067-JMH

_____
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 18, 2011 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | an alien, having been previously removed from the United States on or about August 9, 2004 and again on January 27, 2005, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer Andy Korzen, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date:  3/2/11

_____
Judge's signature

City and state:  _____ West Palm Beach, FL _____

U.S. Magistrate Judge James M. Hopkins
Printed name and title

## UNITED STATES v. CLAYTON GORDON

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over seven years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that **Clayton GORDON** committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and 1326(b)(2).

3. On February 18, 2011, an individual identifying himself as Clayton K. Gordon was arrested in Palm Beach County, Florida, for carrying a concealed firearm and three active warrants. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

1

4.  On February 22, 2011, at the Palm Beach County Jail, Immigration Enforcement Haylean Bailey took a sworn statement from **Clayton GORDON** after advising him of his rights under *Miranda* and **Clayton GORDON** waived his rights.  **Clayton GORDON** claimed that his true and correct name was Clayton Kirk Gordon and he claimed to be a citizen of Jamaica and Canada. **Clayton GORDON** further admitted that he was deported from the United States in 2005 and that he did not ask for permission to re-enter.

5. On or about February 23, 2011, your affiant received the immigration file bearing control number A75 853 043 for **Clayton GORDON.** Original records within this alien file assigned to **Clayton GORDON** show that he is a native and citizen of Jamaica and permanent resident of Canada.  Records further show that on or about July 16, 2004, **Clayton GORDON** was ordered removed from the United States. The Orders of Removal were executed on or about August 9, 2004 and on or about January 27, 2005, whereby **Clayton GORDON** was removed from the United States to Canada.

6. A further review of the alien file assigned to **Clayton GORDON** shows that **Clayton GORDON** was convicted on or about December 9, 1997 in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, for sale of marijuana, case number 97-06489CFA02. Records further show that **Clayton GORDON** was convicted on or about December 9, 2004 in the 31st Circuit Court for the County of St. Clair, in Michigan, for assaulting/ resisting/ obstructing a police officer in case number 04-2518-FH-D.

2

7. Border Patrol fingerprint examiner Richard J. Abbott conducted a fingerprint comparison in this case.  The fingerprint comparison confirmed that the individual encountered on February 18, 2011, that is, **Clayton GORDON** was the same person previously removed from the United States on or about August 9, 2004 and on or about January 27, 2005.  Your affiant also has compared the photograph of **Clayton GORDON** that appears in the A-file with the individual encountered on February 18, 2011, that is, **Clayton GORDON**, and has confirmed that they are the same person.

8. On March 1, 2011, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A75 73 043 for the alien identified as **Clayton GORDON,** verifying that, after a diligent search, no record was found to exist indicating that **Clayton GORDON** had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant submits that there exists probable cause to believe that, on February 18, 2011, **Clayton GORDON** also known as Kirk Clayton, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

3

Homeland Security for re-admission into the United States, in violation of Title 8,

United States Code, Sections 1326(a) and 1326(b)(2).

      FURTHER YOUR AFFIANT SAYETH NAUGHT.


_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me

this _2_ day of March, 2011.


_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. ___11-8067-JMH_____

UNITED STATES OF AMERICA

vs.

CLAYTON K. GORDON,
    a/k/a "Kirk Clayton"

                    Defendant.
_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?     _____ Yes  __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?     _____ Yes  __X__ No

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

                  BY: _____
                              JANICE LECLAINCHE
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar No. 455482
                              500 S. Australian Avenue, Suite 400
                              West Palm Beach, Florida 33401
                              TEL (561) 881-4592
                              FAX (561) 802-1787